IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELIQUENT, INC., <br><br> Plaintiff & Counterclaim Defendant, <br><br> v. <br><br> FREE CONFERENCING CORPORATION, individually and d/b/a HD TANDEM; HDPSTN, LLC d/b/a/ HD TANDEM; WIDE VOICE , LLC; and JOHN DOES 1-10, <br><br> Defendants, <br><br> and <br><br> MATTHEW CARTER, JR., <br><br> Counterclaim Defendant. | Hon. John R. Blakey <br><br> Case No. 16 cv 06976 |

### INTELIQUENT, INC.'S MOTION TO DISMISS

Plaintiff and counterclaim defendant Inteliquent, Inc. ("Inteliquent"), through its undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Counts II through V of the counterclaims pending against it for failure to state a claim on which relief can be granted. Inteliquent incorporates, as though fully set forth herein, its attached Memorandum in Support of this Motion.

Counterclaim defendant Matthew Carter, Jr., joins this motion with respect to the counterclaims against him, and is also submitting a motion containing the separate and unique reasons to dismiss the counterclaims as to him.

| | |
|---|---|
| **Dated**: November 29, 2016 | INTELIQUENT, INC. |
| | By: /s/ *John Hamill* |
| Ricardo Meza<br>Kara Eve Foster Cenar<br>**GREENSFELDER, HEMKER & GALE PC**<br>200 West Madison Street, Suite 3300<br>Chicago, Illinois 60606<br>312.345.5027<br>rmeza@greensfelder.com<br>kcenar@greensfelder.com | John J. Hamill (ARDC # 6217530)<br>Eric M. Roberts (ARDC # 6306839)<br>Olesya Salnikova Gilmore (ARDC # 6313887)<br>**DLA PIPER LLP (US)**<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>312.368.7036<br>john.hamill@dlapiper.com<br>eric.roberts@dlapiper.com<br>olesya.salnikova@dlapiper.com |
| | Brian H. Benjet<br>Nathan P. Heller (admitted *pro hac vice*)<br>**DLA PIPER LLP (US)**<br>1650 Market Street, Suite 4900<br>Philadelphia, PA 19103<br>215.656.3311<br>brian.benjet@dlapiper.com<br>nathan.heller@dlapiper.com |