IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELIQUENT, INC., <br><br> Plaintiff & Counterclaim Defendant, <br><br> v. <br><br> FREE CONFERENCING CORPORATION, individually and d/b/a HD TANDEM; HDPSTN, LLC d/b/a/ HD TANDEM; WIDE VOICE , LLC; and JOHN DOES 1-10, <br><br> Defendants, <br><br> and <br><br> MATTHEW CARTER, JR., <br><br> Counterclaim Defendant. | Hon. John R. Blakey <br><br> Case No. 16 cv 06976 |

## INTELIQUENT, INC.'S MOTION TO DISMISS

Plaintiff and counterclaim defendant Inteliquent, Inc. ("Inteliquent"), through its undersigned counsel, hereby moves to stay or dismiss Counts V through VII of the counterclaims pending against it under the primary jurisdiction doctrine and to dismiss Counts II through VII pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief can be granted. Inteliquent incorporates, as though fully set forth herein, its attached Memorandum in Support of this Motion.

Counterclaim defendant Matthew Carter, Jr., joins this motion with respect to the counterclaims against him, and is also submitting a motion containing the separate and unique reasons to dismiss the counterclaims as to him.

The following chart summarizes Inteliquent's response to the counterclaims, and is provided for reference purposes only:

|  | Answering | Primary Jurisdiction | Failure to State a Claim |
|---|---|---|---|
| Count I: Breach of Contract | X |  |  |
| Count II: Unjust Enrichment |  |  | X |
| Count III: Interference with Contract (HD Tandem) |  |  | X |
| Count IV: Interference with Prospective Advantage (HD Tandem) |  |  | X |
| Count V: Interference with Contract (Free Conferencing) |  | X | X |
| Count VI: Interference with Prospective Advantage (Free Conferencing) |  | X | X |
| Count II: Violation of 815 ILCS 505 |  | X | X |

**Dated**: January 18, 2017

INTELIQUENT, INC.

By:   /s/ *John Hamill*

Ricardo Meza
Kara Eve Foster Cenar
**GREENSFELDER, HEMKER & GALE PC**
200 West Madison Street, Suite 3300
Chicago, Illinois 60606
312.345.5027
rmeza@greensfelder.com
kcenar@greensfelder.com

John J. Hamill (ARDC # 6217530)
Eric M. Roberts (ARDC # 6306839)
Olesya Salnikova Gilmore (ARDC # 6313887)
**DLA PIPER LLP (US)**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312.368.7036
john.hamill@dlapiper.com
eric.roberts@dlapiper.com
olesya.salnikova@dlapiper.com

Brian H. Benjet
Nathan P. Heller (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 4900
Philadelphia, PA 19103
215.656.3311
brian.benjet@dlapiper.com
nathan.heller@dlapiper.com

## Certificate of Service

       I hereby certify that on January 18, 2017, I electronically filed the foregoing **Inteliquent, Inc.'s Motion to Dismiss** and the **Memorandum in Support** using the ECF System for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. Notice of this filing will be sent by operations of the Court's electronic filing system to all counsel of record registered on the ECF system.

       /s/ *John Hamill*
       John J. Hamill