IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELIQUENT, INC., <br><br> Plaintiff & Counterclaim Defendant, <br><br> v. <br><br> FREE CONFERENCING CORPORATION, et. al., <br><br> Defendants, <br><br> and <br><br> MATTHEW CARTER, JR., <br><br> Counterclaim Defendant. | Hon. John R. Blakey <br><br> Case No. 16 cv 06976 |

**MOTION TO COMPEL THIRD-PARTIES ZENORADIO, LLC AND ZENOFON, LLC TO PRODUCE DOCUMENTS PURSUANT TO RULE 45**

Inteliquent, Inc. ("Inteliquent"), by its undersigned counsel and pursuant to Fed. R. Civ. P. 45, hereby moves to compel the production of documents responsive to a subpoena issued to third-parties ZenoRadio, LLC ("ZenoRadio") and ZenoFon, LLC ("ZenoFon"), (collectively, "Zeno"). Inteliquent served the subpoena upon Zeno, which is located at 99 South 6th Street, suite 200, Brooklyn, NY 11211, in connection with this action (the "Litigation"). Through its counsel, Zeno has agreed to subject itself to this Court's jurisdiction in connection with this motion. The reasons supporting this motion and the relief sought are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: August 23, 2017                                    Respectfully submitted,

                                                          INTELIQUENT, INC.

                                                          By:     */s/ John J. Hamill*

                                                          John J. Hamill
                                                          john.hamill@dlapiper.com
                                                          Kenneth L. Schmetterer
                                                          kenneth.schmetterer@dlapiper.com
                                                          Pamela Begaj
                                                          pamela.begaj@dlapiper.com
                                                          **DLA PIPER LLP (US)**
                                                          444 West Lake Street, Suite 900
                                                          Chicago, Illinois 60606
                                                          Tel: 312.368.7036/2176
                                                          Fax: 312.251.5809/312.630.6350

                                                          Brian H. Benjet
                                                          brian.benjet@dlapiper.com
                                                          Nathan P. Heller (*pro hac vice*)
                                                          nathan.heller@dlapiper.com
                                                          **DLA PIPER LLP (US)**
                                                          1650 Market Street, Suite 4900
                                                          Philadelphia, PA 19103
                                                          Tel: 215.656.3311