UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Inteliquent, Inc.

                           Plaintiff,

v.                                                   Case No.: 1:16–cv–06976
                                                       Honorable John Robert Blakey

Free Conferencing Corporation, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 9, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 11/9/2017. Plaintiff's motion to compel [221] is granted in part and denied in part as stated in open court. Defendant's motions to compel [245] and [246] are granted as stated in open court. Plaintiff's motions for leave to file a third amended complaint [278] and [279] and Counter Defendant's motion for Primary Jurisdiction Referral of Counterclaim [283] are briefed as follows: response shall be filed on or before 11/30/2017; reply shall be filed on or before 12/7/2017 and the Court will rule by separate order. Plaintiff's motion to seal document [281] and Counter Defendant's motion to seal document [287] are granted without objection. Oral motion to modify the discovery schedule is granted and parties shall meet and confer regarding the modification and submit an agreed order. Parties shall also submit an agreed order regarding any Comcast discovery stipulation as soon as possible. Motion hearing set for 11/14/2017 is stricken. Case management conference set for 1/11/2018 at 10:15 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.